**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lionel James WASHINGTON,**
**Defendant–Appellant.**

**No. 10–7540.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 3, 2011.

Lionel James Washington, Appellant Pro Se. John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionel James Washington appeals the district court's order denying his motion to compel the Government to file a Fed. R.Crim.P. 35 motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Washington,* No. 3:08–cr–00612–JFA–1 (D.S.C. Oct. 25, 2010). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*